FILED  
United States Court of Appeals  
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

September 27, 2016

_____

Elisabeth A. Shumaker  
Clerk of Court

BRADLEY KOCSIS,

    Plaintiff - Appellant,

v.

SEDGWICK COUNTY, KANSAS; DAVID KENDALL; ROBERT HINSHAW,

    Respondents - Appellees.

No. 16-3182  
(D.C. No. 2:14-CV-02167-EFM)  
(D. Kan.)

_____

**ORDER**

_____

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 3.3(B) and 10th Cir. R. 42.1.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk